**Dismiss and Opinion Filed this 1st day of July, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00800-CV

### IN RE CALVIN ERVIN MCNAC, Relator

**Original Proceeding from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. X08-951-J**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang, and Brown
Opinion by Justice Lang

Relator filed this petition for writ of mandamus seeking to compel the district clerk to transmit the records to the Texas Department of Criminal Justice custodian of parole records and the Texas Department of Criminal Justice classification and records office. This Court does not have mandamus jurisdiction over the district clerk except for limited circumstances not applicable here. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2010); *In re Phillips*, No. 05-14-00683-CV, 2014 WL 2609217, at *1 (Tex. App.—Dallas June 10, 2014, orig. proceeding) (mem. op.); *In re Chumbley*, No. 05–13–00881–CV, 2013 WL 3718070, at *1 (Tex. App.—Dallas July 12, 2013, orig. proceeding) (mem. op). Accordingly, we **DISMISS** the petition.

140800F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE